# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEMETRI LAMAR ALEXANDER,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 71505

**FILED**

DEC 12 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order referring appellant to the Department of Corrections for forfeiture of statutory credits. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

                        _____, J.
                        Hardesty

_____, J.           _____, J.
Pickering                            Stiglich

cc:    Hon. Douglas Smith, District Judge
       Demetri Lamar Alexander
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

16-38342